IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IOU CENTRAL, INC.,<br>d/b/a IOU FINANCIAL, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>EMMANUEL N. PESCO,<br>A/K/A MANNY PESCO<br>CHARLENE K. PESCO,<br>R.P. FUNDING, INC.<br>N/K/A MORTGAGE LENDERS<br>INVESTEMENT TRADING<br>CORPORATION,<br><br>  Defendants. | CIVIL ACTION FILE NO.<br><br>1:19-CV-5431-SCJ |

## ORDER

Pursuant to Local Rule 41.3, this case is hereby **DISMISSED** for want of prosecution for failure to respond to (or otherwise comply with) the Court's October 13, 2020 show cause order (Doc. No. [32]).

**IT IS SO ORDERED** this 26th day of October, 2020.

_____
**HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE**